**MODEL CAPTION:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/10/2020____
```

DENIS DRENI,

                    Plaintiff,

                    -against-

PRINTERON AMERICA CORPORATION,

                    Defendant.

1:18-cv-12017-MKV

NOTICE OF HEARING

MARY KAY VYSKOCIL, United States District Judge:

It is hereby ORDERED that a hearing will be held on August 25, 2020 at 2:00PM in

connection with the parties' cross-motions for summary judgment [ECF ## 50, 55].  The hearing

will be held telephonically and may be accessed by dialing (888) 278-0296 at the scheduled time.

When prompted, enter access code 5195844#.  The Court will join once all parties are on the

line.

**SO ORDERED.**

**Date:  August 10, 2020**
         **New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**