

| | |
|---|---|
| **Tracey Salmon-Smith**<br>Partner<br>tracey.salmonsmith@faegredrinker.com<br>973-549-7038 direct | faegredrinker.com<br><br>**Faegre Drinker Biddle & Reath** LLP<br>1177 Avenue of the Americas, 41st Floor<br>New York, New York  10036<br>+1 212 248 3140 main<br>+1 212 248 3141 fax |

October 20, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2021
```

**VIA ELECTRONIC FILING**

Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

**Re:  *Dreni v. PrinterOn America Corporation*,
       Civil Action No. 1:18-cv-12017-MKV**

Dear Judge Vyskocil:

      This firm represents Defendant/Counterclaim Plaintiff PrinterOn America Corporation, Inc. ("PrinterOn") in the above-referenced matter.  Pursuant to Your Honor's Individual Practices, we write jointly with Plaintiff/Counterclaim Defendant Denis Dreni ("Mr. Dreni") to respectfully request an additional two day extension of time for the filing of the parties' proposed joint pretrial order.  This is the second extension request the parties have made for their joint pretrial order.

      Pursuant to the Court's Order dated October 12, 2021, the parties were required to submit their joint pretrial order by October 20, 2021.  (*See* ECF No. 102.)  The parties are continuing to work together to finalize the joint pretrial order. Accordingly, we respectfully request that the deadline be extended to Friday, October 22, 2021.  This brief extension would not delay any other upcoming dates, as the parties are prepared to go forward with the Court's pretrial conference scheduled for Tuesday, October 26, 2021 at 2:30 PM.

      We appreciate Your Honor's consideration of this request.

Respectfully,

*/s/ Tracey Salmon-Smith*

Tracey Salmon-Smith
Partner

cc:    All counsel of record (via ECF)

**Granted. SO ORDERED.**

Date: 10/21/21
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge