UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/7/2022

DENIS DRENI,

           Plaintiff,

        -against-

PRINTERON AMERICA CORPORATION,

          Defendant.

1:18-cv-12017-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Southern District of New York has reconfigured courtrooms and other spaces in its courthouses to allow jury trials to proceed as safely as possible during the COVID-19 pandemic. Under the centralized calendaring system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward. This case has not been assigned a trial date for the first quarter of 2022.

As such, IT IS HEREBY ORDERED that the final pretrial conference scheduled for February 11, 2022 at 11:00 AM is ADJOURNED to March 22, 2022 at 11:00 AM.

IT IS FURTHER ORDERED that on or before February 14, 2022, the parties shall confer and file a joint letter advising the Court of any dates in the second quarter of 2022 (April–June) that they are unavailable for trial, so the Court may request a trial slot.

**SO ORDERED.**

**Date:  February 7, 2022**
     **New York, NY**

_____
    **MARY KAY VYSKOCIL**
    **United States District Judge**