USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENIS DRENI,<br><br>                              Plaintiff,<br><br>          -against-<br><br>PRINTERON AMERICA CORPORATION,<br><br>                              Defendant. | 1:18-cv-12017-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a letter from the parties requesting an adjournment of the pretrial conference scheduled for March 22, 2022.

As such, IT IS HEREBY ORDERED that the final pretrial conference scheduled for March 22, 2022 at 11:00 AM is ADJOURNED to April 19, 2022 at 10:30 AM.

**SO ORDERED.**

**Date:  February 15, 2022**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**