```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  3/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENIS DRENI,

                Plaintiff,

-against-

PRINTERON AMERICA CORPORATION,

                Defendant.

1:18-cv-12017-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that the parties shall file, on or before April 13, 2022, a joint letter advising the Court of their unavailability for a trial in the third and fourth quarters of 2022.

**SO ORDERED.**

**Date:  March 30, 2022**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**