USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __6/14/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENIS DRENI,

                  Plaintiff,

-against-

PRINTERON AMERICA CORPORATION,

                  Defendant.

1:18-cv-12017-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court held a status conference on June 14, 2022. Counsel for all parties were in attendance. In accordance with matters discussed at the conference, IT IS HEREBY ORDERED:

- During the status conference, both parties agreed to confer with one another about a reference to the magistrate judge assigned to this matter for purposes of settlement. On or before June 28, 2022, the parties are to file a letter advising the Court that they have spoken to each other about settlement and advising the Court as to whether a referral to a magistrate judge for settlement purposes would be fruitful in this case.

- In accordance with the Court's instructions at the status conference, on or before October 11, 2022, the parties shall provide revised joint proposed *voir dire* questions, verdict forms, and requests to charge as required by this Court's Individual Rules of Practice, Section 7.B.iii.

**SO ORDERED.**

**Date: June 14, 2022**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**