UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DENIS DRENI,

                                Plaintiff,

                 -against-

PRINTERON AMERICA CORPORATION,

                              Defendant.
-----------------------------------------------------------------X

**ORDER**

**18-cv-12017 (MKV) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On July 14, 2022 the Parties filed a letter requesting a referral for settlement. Dkt. No. 137. This matter is referred to Judge Willis as of February 2, 2022.

The Parties are directed to contact Courtroom Deputy Christopher Davis via email at WillisNYSDChambers@nysd.uscourts.gov to provide three mutually agreeable dates in the first two weeks of August 2022. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference.

Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Willis's Individual Practices.

SO ORDERED.

DATED:    New York, New York

July 14, 2022

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge