```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENIS DRENI,

              Plaintiff,

-against-

PRINTERON AMERICA CORPORATION,

              Defendant.

1:18-cv-12017-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    IT IS HEREBY ORDERED that on or before August 5, 2022, the parties shall file a joint letter advising the Court as to the status, but not substance, of settlement discussions.

**SO ORDERED.**

Date: **August 4, 2022**
      **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**