

**Tracey Salmon-Smith**
Partner
tracey.salmonsmith@faegredrinker.com
973-549-7038 direct

faegredrinker.com

**Faegre Drinker Biddle & Reath** LLP
1177 Avenue of the Americas, 41st Floor
New York, New York  10036
+1 212 248 3140 main
+1 212 248 3141 fax

October 7, 2022

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 10/11/2022

<u>Via ECF</u>

Hon. Mary Kay Vyskocil, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street, Courtroom 2230
New York, NY  10007

Re:   Dreni v. PrinterOn America Corporation
      Civil Action No. 1:18-cv-12017-MKV

Dear Judge Vyskocil:

This firm represents Defendant PrinterOn America Corporation in the above-referenced matter.  Presently, a final Pre-trial Conference is scheduled for November 1, 2022 at 10 a.m.  I write to respectfully request that the conference be changed to an earlier date.  I have a trial scheduled to begin on October 31, 2022 before Judge Oetken.  I have conferred with Plaintiff's counsel, and he does not oppose this request.  We are both available on October 27 or 28 for the rescheduled Pre-Trial Conference.

Respectfully submitted,

*[signature]*

Tracey Salmon-Smith
Partner

TSS/jh

> **The adjournment request is GRANTED.  The Final Pretrial Conference is rescheduled for October 18, 2022 at 1:30 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse.  SO ORDERED.**
>
> Date: 10/11/2022                 *[signature]*
> New York, New York        Mary Kay Vyskocil
>                                         United States District Judge

cc:   Nicholas Lewis, Esq. (via ECF)

US.352880542.01