```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENIS DRENI,

                Plaintiff,

-against-

PRINTERON AMERICA CORPORATION,

                Defendant.

1:18-cv-12017-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The final pretrial conference scheduled for October 18, 2022 at 1:30 PM is ADJOURNED to November 7, 2022 at 9:00 AM.

**SO ORDERED.**

**Date: October 13, 2022**
       **New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**