```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENIS DRENI,

                Plaintiff,

-against-

PRINTERON AMERICA CORPORATION,

                Defendant.

1:18-cv-12017-MKV

ORDER

**MARY KAY VYSKOCIL, United States District Judge:**

      On June 14, 2022, the Court issued an Order directing the parties to "provide revised joint proposed *voir dire* questions, verdict forms, and requests to charge as required by this Court's Individual Rules of Practice, Section 7.B.iii" on or before October 11, 2022.  [*See* ECF No. 136.]  To date, the parties have not filed these revised materials.  The parties are therefore ORDERED to file the requested materials on the docket and to submit them by email to Chambers in Microsoft Word format, as further outlined in this Court's Individual Rules of Practice, Section 7.B.iii, on or before October 31, 2022.  To the extent there are any areas of disagreement between the parties, the parties should clearly indicate such areas and provide competing authorities.

**SO ORDERED.**

**Date:  October 28, 2022**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**