

| | Ira S. Nesenoff | Barbara H. Trapasso | Philip A. Byler |
| --- | --- | --- | --- |
| | Andrew T. Miltenberg | Gabrielle M. Vinci | Diana R. Warshow |
| | | Cindy A. Singh | Kara L. Gorycki |
| | Stuart Bernstein | Nicholas E. Lewis | Susan E. Stark |
| | Tara J. Davis | Adrienne D. Levy | Janine L. Peress |
| | | Regina M. Federico | *Senior Litigation Counsel* |
| | | Amy Zamir | |
| | | Kristen E. Mohr | Jeffrey S. Berkowitz |
| | | Suzanne Dooley | Rebecca C. Nunberg |
| | | | *Counsel* |
| | | | Marybeth Sydor |
| | | | *Title IX Consultant* |

ATTORNEYS AT LAW

nmllplaw.com

October 31, 2022

**By CM/ECF**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/1/2022

Re:   *Dreni v. PrinterOn America Corporation*, Case No. 1:18-cv-12017-MKV

Dear Judge Vyskocil:

We represent Plaintiff Denis Dreni in the above-captioned matter and write in accordance with Your Honor's Individual Part Rule R2G. Plaintiff respectfully requests an adjournment of the trial for the above-captioned matter, which is currently scheduled to commence before Your Honor on November 14, 2022. The reason for the instant request is the death of the father of the undersigned counsel for Plaintiff, which unfortunately occurred over this past weekend. Plaintiff counsel has conferred with trial counsel for Defendant PrinterOn America Corporation, Tracey Salmon-Smith, Esq., and counsel consents to the instant request.

Plaintiff respectfully requests that the November 14, 2022, trial start date be adjourned, and that the matter be scheduled for a status conference, at the Court's convenience, so a new trial date may be selected. Please note the Final Pretrial Conference is currently scheduled for November 7, 2022, at 9:00 a.m. This is Plaintiff's first request for an adjournment of the trial; however, Plaintiff has made at least one request for an extension of time for pretrial submissions related to Plaintiff counsel's father's related health issues.

We thank this Honorable Court for its continued kindness and consideration.



Very truly yours,

*/s/ N.E. Lewis*

Nicholas Lewis, Esq.
Nesenoff & Miltenberg LLP

*Counsel for Plaintiff Denis Dreni*

CC: All Counsel (Via ECF)

---

**The adjournment request is GRANTED. The Court will enter a further order re-scheduling the Final Pretrial Conference and Trial at a later date. SO ORDERED.**

Date: 11/1/2022
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge