**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DENIS DRENI,<br><br>Plaintiff.<br><br>v.<br><br>PRINTERON AMERICA CORPORATION,<br><br>Defendant. | Civil Action No.: 1:18-cv-12017-MKV |
| PRINTERON AMERICA CORPORATION,<br><br>Counterclaim Plaintiff.<br><br>v.<br><br>DENIS DRENI,<br><br>Counterclaim Defendant. | |

## JOINT PROPOSED JURY VOIR DIRE

Plaintiff Denis Dreni and Defendant PrinterOn America Corporation ("PrinterOn") respectfully submit the following list of questions to be asked in jury *voir dire* in addition to any questions the Court may have:

1.     What is your name?

2.     In what city or town do you live?

   (a)     How long have your lived there?

3.     What is your educational background?

   (a)     What is your highest level of education?

4.    **Business/Occupation**

    (a)    What is your current occupation or what business are you in?

    (b)    How long have you been engaged in your business or occupation

    (c)    What previous business(es) or occupation(s) have you held?

    (d)    How long did you engage in said business or occupation?

5.    **This case involves the Cloud-Based Software and Printing Industry**

    (a)    Has any member of your family or close friend even been employed by a company providing cloud-based software or printing solutions?

    (b)    If so, which member of your family or close friend was employed by the cloud-based software or printing solutions company?

    (c)    Which cloud-based software or printing solution company was the employer?

    (d)    How long was the period of employment?

    (e)    What position was held working for the cloud-based software or printing solutions company?

    (f)    Have you or any member of your family or close friend ever invested in any company providing cloud-based software or printing solutions?

    (g)    If so, who made the investment and in which company was the investment made?

    (h)    Do you have any opinions about companies providing cloud-based software or printing solutions that would affect your ability to act as a fair and impartial juror in this case?

    (i)    If so, what are they?

6.    **Prior Litigation Experience**

    (a)    Have you or any member of your family ever been a party to a lawsuit?

    (b)    If so, what was the nature of the suit?

    (c)    Were you (or was your family member) a plaintiff or defendant?

(d)    What was the result of the suit?

(e)    Were you satisfied with how you were treated by the lawyers and the Court?

(f)    Have you or any member of your family ever had any other involvement in a lawsuit whether as a lawyer or as a witness?

(g)    If so, what was the nature of that suit?

(h)    What was the result?

(i)    What was the nature of your participation or the participation by your family member?

7.    **<u>Prior Jury Service</u>**

(a)    Have you ever acted as a juror before?

(b)     If so, what was the nature of the case and its outcome?

(c)    Did anything happen in the trial of that case that would affect your ability to act fairly and impartially in this case?

(d)    Did you have any quarrel with any of the rules of law that were given to you in that case?

(e)    Would you have any problem applying rules of law given to you by the judge in this case, even if they were not in accordance with your personal views?

(f)    Do you have any feelings about large corporations that would interfere with your ability to be impartial in this litigation?

8.    This case will involve the review of an employment contract.  Do you feel that you can conduct such a review in a fair and impartial manner?

9.    Would it affect your ability to be fair and impartial if you learned that a person involved in this case had been convicted of a felony?

10.    Do you have a criminal record?

11.    Do you have any handicap or disability that would prevent you from participating fully on this jury?

12.    Do you have any hearing impairment or deafness that would interfere with your ability to hear the speech of the participants in this trial?

13.    Do you have any reading impairment that would interfere with your ability to read the documents presented in this trial?

14.    Is English your native language?

15.    If not, do you have any difficulty in understanding spoken or written English?

16.    Do you have any difficulty in understanding business or financial terms?

17.    Have you ever had any dealings with or heard of the following listed parties to this case:

     (a)    Denis Dreni

     (b)    PrinterOn America Corporation

18.    Do you believe that you know anything about any of the parties just listed either favorable or unfavorable?

19.    Have you ever had any connection with either of them?  If so, what was it?

20.    Have you ever had any dealings with any of the following lawyers in this case?

     (a)    Nicholas E. Lewis of the law firm Nesenoff & Miltenberg LLP

     (b)    Tracey Salmon-Smith or Daniel Dorson of the law firm Faegre Drinker Biddle & Reath LLP

21.    Do you think you know anything about any of the lawyers or law firms just listed, either favorable or unfavorable?

22.    The following individuals and entities may be called as witnesses in this action or may be referred to in testimony:

    (a)    Denis Dreni

    (b)    PrinterOn America Corporation

    (c)    Hewlett Packard

    (d)    Samsung

    (e)    Angus Cunningham

    (f)    Ken Noreikis

    (g)    Margaret Ritchie

    (h)    Holly Snider

    (i)    Tom Miller

23.    Do you know any of these persons or entities?

24.    Do you believe that you know anything about any of these persons or entities, either favorable or unfavorable?

25.    Do you know of any reason why you could not be a fair and impartial juror in this matter?

26.    Are you willing to listen to the views of other jurors and reason and work cooperatively with them to reach a fair verdict?

Dated: November 14, 2022
       New York, New York


**NESENOFF & MILTENBERG LLP**

**FAEGRE DRINKER BIDDLE & REATH LLP**


By: */s/ Nicholas E. Lewis*
    Nicholas E. Lewis, Esq.
    363 Seventh Avenue, 5th Floor
    New York, NY  100001-3904
    Tel: (212) 736-4500
    Fax: (212) 736-2260
    Email: nlewis@nmllplaw.com

*Attorneys for Plaintiff*
*Denis Dreni*

By: */s/ Tracey Salmon-Smith*
    Tracey Salmon-Smith, Esq.
    1177 Avenue of the Americas, 41st Fl.
    New York, NY 10036
    Tel: (212) 248-3140
    Fax: (212) 248-3141
    tracey.salmonsmith@faegredrinker.com

*Attorneys for Defendant*
*PrinterOn American Corporation*