UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

DENIS DRENI,                               :

                               :   Civil Action No. 1:18-cv-12017-MKV

        Plaintiff,              :

                               :

        vs.                    :

                               :

PRINTERON AMERICA CORPORATION,   :

                               :

        Defendant.            :

                               :

                               :

----------------------------------------------------------------x

## JOINT PROPOSED VERDICT SHEET

Plaintiff and Counterclaim Defendant Denis Dreni ("Plaintiff") and Defendant and Counterclaim Plaintiff PrinterOn America Corporation ("Defendant"), by and through the undersigned counsel, hereby respectfully submit the following proposed joint verdict sheet for trial. Each party reserves the right to modify, amend, and/or supplement this verdict sheet.

NESENOFF & MILTENBERG LLP        FAEGRE DRINKER BIDDLE & REATH LLP

By:__/s/ Nicholas E Lewis_____     By: ___/s/ Tracey Salmon-Smith_____
    Nicholas E. Lewis, Esq.            Tracey Salmon-Smith, Esq.

363 Seventh Avenue, 5th Floor       1177 Avenue of the Americas, 41st Floor
New York, New York 10001-3904     New York, New York 10036-2714
Tel: (212) 736-4500                Tel: (212) 248-3254
Fax: (212) 736-2260              Fax: (212) 248-3141
nlewis@nmllplaw.com             tracey.salmonsmith@faegredrinker.com

*Attorney for Plaintiff Denis Dreni*     *Attorney for Defendant*
                                  *PrinterOn America Corporation*

**QUESTION NO. 1:** Did Plaintiff prove by a preponderance of the evidence that PrinterOn breached the employment agreement with Plaintiff?

_____ Yes          _____ No

**QQUESTION NO. 2**: Did Plaintiff prove by a preponderance of the evidence that PrinterOn breached the covenant of good faith and fair dealing?

_____ Yes          _____ No

_IF YOUR ANSWER TO EITHER QUESTION 1 or 2 WAS "YES," THEN ANSWER QUESTION 3._
_IF YOUR ANSWER TO QUESTIONS 1 and 2 WAS 'NO,' THEN GO TO QUESTION 4._

**QUESTION NO. 3:** What amount of damages, if any, did Plaintiff prove by a preponderance of the evidence he suffered as a result of Defendant PrinterOn's conduct?

$_____

**QUESTION NO. 4:** Did Defendant PrinterOn prove by a preponderance of the evidence that Plaintiff Dreni converted PrinterOn's property, namely the electronic equipment?

_____ Yes          _____ No

**QUESTION NO. 5:** Did Defendant PrinterOn prove by a preponderance of the evidence that Plaintiff Dreni breached 1) his employment agreement, or 2) the proprietary information agreement with Defendant:

_____ Yes          _____ No

**QUESTION NO. 6:** Did Defendant PrinterOn prove by a preponderance of the evidence that Plaintiff Dreni made a clear and unambiguous promise, that it relied on, and sustained injury in reliance on the promise?

_____ Yes          _____ No

**QUESTION NO. 7:** Did Defendant PrinterOn prove by a preponderance of the evidence that Plaintiff Dreni unjustly retain the severance payment without executing the General Waiver and Release of claims?

_____ Yes          _____ No

**QUESTION NO. 8**: Did Defendant PrinterOn prove by a preponderance of the evidence that Plaintiff breached the covenant of good faith and fair dealing?

_____ Yes          _____ No

*IF YOU ANSWERED "YES" TO ANY OF THE ABOVE QUESTIONS 4 – 8,  THEN ANSWER QUESTION 9.  IF YOUR ANSWERS TO QUESTION 4 – 8 ARE ALL 'NO,' THEN YOU ARE FINISHED, PLEASE RETURN THE FORM TO THE COURT.*

**QUESTION NO. 9:** What amount of damages, if any, did Defendant PrinterOn prove by a preponderance of the evidence it has suffered as a result of Plaintiff's conduct?

$_____

New York, New York
November 14, 2022

_____          _____

_____          _____

_____          _____

_____          _____

2