UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/29/2022

DENIS DRENI,

                Plaintiff,

-against-

PRINTERON AMERICA CORPORATION,

                Defendant.

1:18-cv-12017-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The pre-motion conference scheduled for December 1, 2022 at 11:30 AM is ADJOURNED *sine die*. [ECF No. 143.] Plaintiff's request for sanctions for failing to act in good faith during a settlement conference is DENIED without prejudice to renewal before Magistrate Judge Willis, who conducted the settlement conference. This Court is not in a position to evaluate the conduct of Defendants and/or Mr. Hartz.

    Defendants are HEREBY ORDERED to produce the following documents by noon on December 6, 2022: (1) documents related to the sale of Printeron from Samsung to HP Canada, including the HP contract to purchase Printeron from Samsung; and (2) Printeron's audited and non-audited financial statements for 2012 to present day (then 2019).

**SO ORDERED.**

**Date: November 29, 2022**
**New York, NY**

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**