USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENIS DRENI,

               Plaintiff,

-against-

PRINTERON AMERICA CORPORATION,

               Defendant.

1:18-cv-12017-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

In advance of the Final Pretrial Conference, the Court has reviewed the parties' proposed Requests to Charge, Voir Dire Questionnaire, and Verdict Form. In the light of several deficiencies in the proposed Requests to Charge, the parties are HEREBY ORDERED to appear for a Conference on December 5, 2022 at 11:45 AM. The parties should be prepared to answer questions regarding their joint proposed submissions.

SO ORDERED.

Date:  December 1, 2022
         New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**