```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENIS DRENI,

              Plaintiff,

-against-

PRINTERON AMERICA CORPORATION,

              Defendant.

1:18-cv-12017-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a Notice of Compliance from Defendant, [ECF No. 168] and a responsive letter from Plaintiff, [ECF No. 169]. Plaintiff's request for an order directing Defendant to produce substitute documents is DENIED. Plaintiff's request for preclusion of certain claims by Defendant is DENIED.

    With respect to the Notice of Compliance, on or before December 13, 2022, Defendant is HEREBY ORDERED to clarify that all responsive documents either have been produced or do not exist.

**SO ORDERED.**

**Date: December 12, 2022**
**New York, NY**

*[Signature: Mary Kay Vyskocil]*

**MARY KAY VYSKOCIL**
**United States District Judge**