```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DENIS DRENI,

                Plaintiff,           18 **CIVIL** 12017 (MKV)

    -against-                     **JUDGMENT**

PRINTERON AMERICA CORPORATION,
                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED,** that after a Jury Trial before the Honorable Mary Kay Vyskocil, United States District Judge, the jury having returned a verdict in favor of Defendant on Plaintiff's claims and in favor of Defendant on its counterclaims. Judgment is hereby entered in the amount of $2000.00 in favor of Defendant PrinterOn America Corporation and the action is hereby dismissed.

                  **DATED:** New York, New York December 21, 2022

                              **RUBY J. KRAJICK**
                                  Clerk of Court

**So Ordered:**

*/s/ Mary Kay Vyskocil*         **BY:**   K. Mango
U.S.D.J.                                       **Deputy Clerk**