UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DENIS DRENI,

                                   Plaintiff,

                -against-

PRINTERON AMERICA CORPORATION,

                                  Defendant.
-----------------------------------------------------------------X

**ORDER**

**18-cv-12017 (MKV) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On December 20, 2022, Plaintiff filed a letter seeking a pre-motion conference regarding the imposition of sanctions for alleged misconduct during a settlement conference before this Court that took place on August 3, 2022. Dkt. No. 175. Plaintiff alleges that Defendant did not participate in good faith by only offering a walk away wherein all Parties would drop their claims with no payment. Id. Since that letter was filed, a jury verdict was returned in this case. Judgment in the amount of $2000.00 was entered in favor of Defendant. Dkt. No. 177.

The Court finds that Defendant participated in the settlement conference in good faith. Defendant submitted a pre-conference letter to the Court as required. Defendant attended the conference and participated in multiple rounds of discussion. And finally, the jury verdict indicates that Defendant's offer of a no-pay walkaway was, in fact, a good faith offer.

The request for a pre-motion conference is DENIED.

SO ORDERED.

DATED:    New York, New York

January 6, 2023

*Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge